NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LIGHTING BALLAST CONTROL LLC,**
*Plaintiff-Appellee,*

**v.**

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**
*Defendant,*

**AND**

**UNIVERSAL LIGHTING TECHNOLOGIES, INC.,**
*Defendant-Appellant.*

_____

2012-1014

_____

Appeal from the United States District Court for the Northern District of Texas in case no. 09-CV-0029, Judge Reed O'Connor.

_____

**O R D E R**

Oral argument, en banc, is scheduled for Friday, September 13, 2013, at 10:00 a.m. in Courtroom 201. Each party will have 30 minutes to present oral argument. The parties shall notify the Clerk in writing by August 15, 2013, of the name of the counsel who will present oral argument.

FOR THE COURT


Dated:  May 10, 2013          /s/ Jan Horbaly
                              Jan Horbaly
                              Clerk